IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BOBBY M. CLAY, JR.,                )
                                   )
            Plaintiff,             )
                                   )
    v.                             )      1:22CV409
                                   )
CITY OF ROCKY MOUNT,               )
                                   )
            Defendant.             )

## ORDER

This matter is before the court on the parties' Consent Motion to Transfer Venue, (Doc. 7), pursuant to 28 U.S.C. § 1406(a) to the United States District Court for the Eastern District of North Carolina. Having considered the motion, with Plaintiff's consent, and for good cause shown,

**IT IS HEREBY ORDERED** that the parties' Consent Motion to Transfer, (Doc. 7), is **GRANTED** and that this matter is transferred to the United States District Court for the Eastern District of North Carolina pursuant to 28 U.S.C. § 1406(a). The Clerk shall take all necessary steps to effectuate the transfer.

This the 13th day of June, 2022.

_____
United States District Judge