UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-cv-244-BO-RJ

BOBBY M. CLAY, JR.,

                Plaintiff,

vs.

CITY OF ROCKY MOUNT,

                Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Bobby M. Clay, Jr. and Defendant City of Rocky Mount, by and through counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure, stipulate this action is dismissed, <u>with prejudice</u>, because this matter has settled and all claims between them have been resolved. Each party will bear its own costs and attorneys' fees.

This the 30th day of January 2023.

| POYNER SPRUILL LLP | QUINN LAW FIRM |
|---|---|
| By: /s/ Steven A. Rowe<br>Steven A. Rowe<br>N.C. State Bar No. 16031<br>Kaitlin C. Dewberry<br>N.C. State Bar No. 50269<br>1151 Falls Road, Suite 1000<br>Rocky Mount, NC 27804<br>Telephone: (252) 446-2341<br>Facsimile: (919) 783-1075<br>srowe@poynerspruill.com<br>kdewberry@poynerspruill.com<br><br>*Attorneys for Defendant*<br>*City of Rocky Mount* | By: /s/ Nancy P. Quinn<br>Nancy P. Quinn<br>N.C. State Bar No. 16799<br>315 Spring Garden St., Suite 1D<br>Greensboro, NC 27401<br>Telephone: (336) 272-9072<br>npquinn@thequinnlawfirm.com<br><br>*Attorney for Plaintiff*<br>*Bobby M. Clay, Jr.* |

# CERTIFICATE OF SERVICE

I certify I have this day served a copy of the foregoing **Stipulation** by filing it with the Clerk of Court using the CM/ECF system, which will send notice to all parties:

Nancy P. Quinn
The Quinn Law Firm
315 Spring Garden St., Ste. 1D
Greensboro, NC  27401

*Attorney for Plaintiff*

This 30th day of January 2023

/s/ Steven A. Rowe
Steven A. Rowe